In re Goodrich, Hugh R.; Rea, Priscilla Goodrich; Berry, Thomas E.; Cocke, Field *1242 ing Lewis; Patton, Camille Cocke; Jenkins, Tamara Cocke; Hoff, Caroline; Hoff, Carol C.; Hoff, Stuart Lewis; Hartman, Reuben H.; — Plaintiff(s); applying for writ of cer-tiorari and/or review; to the Court of Appeal, Third Circuit, No. CA91-0088; Parish of Iberia, 16th Judicial District Court, Div. “A”, No. 53,998-A.
Denied.
LEMMON, HALL and ORTIQUE, JJ., would grant the writ.
CALOGERO, C.J., not on panel.